# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

United States of America,

          Plaintiff,

v.

Thomas Lee Gerlach,

          Defendant.

## COURT MINUTES - CRIMINAL
### BEFORE:  Dulce J. Foster
### U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-cr-472 (PAM/DJF) |
| Date: | May 6, 2026 |
| Venue: | Minneapolis |
| | Courtroom 8E |
| Court Reporter: | Lynne Krenz |
| Time: | 2:00 PM – 3:17 PM |
| Total Time: | 1 Hour and 17 Minutes |

**APPEARANCES:**

For Plaintiff: Jeanne Semivan, Assistant U.S. Attorney

For Defendant: Robert D. Richman
Defendant: Thomas Lee Gerlach

**PROCEEDINGS:**

The Court held a hearing on Defendant's Motion for Discovery (ECF No. 36), Defendant's Motion for Disclosure of Concerned Citizen (ECF No. 40), Defendant's Motion to Compel Disclosure of Evidence Favorable to the Defendant (ECF No. 41), Defendant's Motion to Dismiss Indictment (ECF No. 42), and Defendant's Motion to Suppress Evidence Obtained by Search and Seizure (ECF No. 43).

St. Paul Police Department Licensed Peace Officer Tyler Heuer testified.
Government Exhibits 1-7 were offered and accepted into evidence.

The Court ruled from the bench GRANTING in PART and DENYING in PART Defendant's Motion for Discovery (ECF No. 36), Defendant's Motion for Disclosure of Concerned Citizen (ECF No. 40), and Defendant's Motion to Compel Disclosure of Evidence Favorable to the Defendant (ECF No. 41) and will file an order summarizing these rulings.

Defendant's Motion to Dismiss Indictment (ECF No. 42) will be taken under advisement immediately.

Defendant's Motion to Suppress Evidence Obtained by Search and Seizure (ECF No. 43) will be taken under advisement following additional post-hearing briefing.

Defendant's additional briefing due: **June 3, 2026**
Government's additional briefing due: **June 10, 2026**
R&R Issue Date: **July 10, 2026**

☒ORDER TO BE ISSUED   ☐NO ORDER TO BE ISSUED ☒R&R TO BE ISSUED ☐NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

Date: May 6, 2026                    *s/ William Chorba*
                                     Law Clerk